UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ORIGINAL**

**FILED**

**NOV – 9 2006**

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

| | |
|---|---|
| JOHN WATKINS<br>2019 Delfoot Street<br>Falls Church, VA 22043<br><br>Plaintiff,<br><br>v.<br><br>ALVIN STEWARD,<br>102A Winters Lane<br>Baltimore, MD 21228<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NUMBER   1:06CV01923

JUDGE: Richard W. Roberts

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 11/9/2006

NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, Alvin Steward, respectfully notify the Court as follows:

1.      Alvin Steward, a Supreme Court police officer, has been named as a defendant in a suit now pending in the Superior Court of the District of Columbia, John Watkins v. Alvin Steward.

2.      The complaint was filed on or around July 24, 2006, in the Superior Court of the District of Columbia, Civil Division.  On October 25, 2006, the United States Attorney's Office for the District of Columbia first became aware of the Complaint and that Office has never been properly served.  In the complaint, plaintiff alleges that while operating a motor vehicle in the intersection of North Capitol and M Streets, N.W., he was struck by a vehicle operated by defendant. See, e.g., Exhibit A, Complaint at 1-2.  Plaintiff seeks monetary damages. Id.  At the time, defendant was acting within the scope of his federal employment.

3.      This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a), and 1446 on the grounds that the plaintiff's action against defendant at the time he was acting

within the scope of his duties as a Supreme Court police officer is one in which the district

court has original jurisdiction. See also, 28 U.S.C. § 2679.

WHEREFORE, this action now pending in the Superior Court of the District of

Columbia, Civil Division, is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)

and 1446.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS
D.C. BAR # 434122
Assistant United States Attorney

MADELYN E. JOHNSON
DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm E4114
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7135

2

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

JOHN WATKINS )
2019 Delfoot Street )
Falls Church, VA 22043 )
)
                    Plaintiffs )
)
            v. )
)
ALVIN STEWARD )
102A Winters Lane )
Baltimore, MD 21228 )
)
                    Defendant )

Civil Action No.:

**0005629-06**

RECEIVED
CIVIL CLERK'S OFFICE
JUL 2 4 2006
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

## COMPLAINT

### (Negligence and Personal Injury)

The Plaintiff, John Watkins by and through his attorney, Edwin Quartey, brings this cause of action against the Defendant, Alvin Steward for damages resulting from the negligent operation of his motor vehicle.

1. The Plaintiff John Watkins is an adult citizen of the State of Virginia residing at 2019 Delfoot Street, Falls Church, VA 22043.

2. Upon information and belief, Alvin Steward is an adult citizen of the State of Maryland and upon further information is believed to reside at 102A Winters Lane, Baltimore, MD 21228.

3. The alleged incident occurred in the District of Columbia.

**06 1923**
# FILED

NOV - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF FACTS

4. On or about July 25, 2003, the plaintiff, John Watkins was operating an automobile

and traveling eastbound on M Street, crossing the intersection of North Capitol Street, N.W. and M Street, a public thoroughfare in the District of Columbia.

5.   The defendant Alvin Steward was traveling southbound on North Capitol Street when he suddenly, and without warning, drove into the intersection and struck plaintiff's vehicle in the rear, left side.

## COUNT ONE

The allegation of fact, hereinabove set forth in paragraph 1-5 above are adopted herein and made a part hereof, and in support of the complaint herein, plaintiff further state that:

6.   The defendant was operating his vehicle in a negligent and careless manner in violation of the traffic laws then and there in full force and effect.  The defendant failed to pay full time and attention while driving, failed to control his vehicle to prevent collision, and drove negligently, thereby causing his vehicle to collide with the plaintiff's vehicle.

7.   As a direct and proximate result of the negligence and carelessness of the defendant, the vehicle was damaged and the plaintiff was seriously injured.

8.   As a further direct and proximate result of the negligence and carelessness of the defendant, and the ensuing collision, the plaintiff sustained grievous and painful injuries to and about various parts of his body.

9.   As a further and direct result of the negligence and carelessness of the defendant, the plaintiff: (1) suffered, and will continue to suffer pain, anxiety and mental anguish; (2) incurred expenses for medical care and medicines; (3) and was, for a period of time, unable to engage in his normal activities.

10. Plaintiffs further state that the collision was directly and proximately caused by the negligence of Alvin Steward, without any contributory negligence on the part of the plaintiff.

WHEREFORE, the premises considered, plaintiff, John Watkins, demands judgment from the defendant, Alvin Steward in the sum of $20,000.00 each for personal injury and property damage, plus court cost, interest, and attorney fees.

Respectfully submitted,

Edwin A. Quartey, Esq.
QUARTEY & UMANA, LLC.
1400 Spring Street, Suite 120
Silver Spring, MD 20910
Phone: (301) 587-0090
Fax: (301) 587-5540
Counsel for Plaintiff

IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

JOHN WATKINS                          )
  2019 Delfoot Street                  )
  Falls Church, VA 22043              )
                                   )
    Plaintiff,                        )
                                   )
      v.                            )     Civil Action No. 0005629-06
                                   )
ALVIN STEWARD,                        )
  102A Winters Lane                   )
  Baltimore, MD 21228                 )
                                   )
  Defendant.                          )

NOTICE OF FILING OF NOTICE
OF REMOVAL OF A CIVIL ACTION

TO:   Edwin A. Quartey, Esq.
      QUARTEY & UMANA, LLC.
      1400 Spring Street, Suite 120
      Silver Spring, MD 20910

PLEASE TAKE NOTE that on November 9, 2006, defendant filed with the Clerk of

the United States District Court for the District of Columbia a notice of removal of the above-

captioned action. A copy of the notice of removal is attached hereto. The Superior Court of

the District of Columbia "shall proceed no further unless and until the case is remanded." 28

U.S.C. §1446(d).

                          Respectfully submitted,

                          _/s/ Jeffrey A. Taylor_
                          JEFFREY A. TAYLOR
                          D.C. BAR # 498610
                          United States Attorney

                          _/s/ Rudolph Contreras_
                          RUDOLPH CONTRERAS
                          D.C. BAR # 434122
                          Assistant United States Attorney

MADELYN E. JOHNSON
DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2006, I caused service of the foregoing to

be made on counsel for plaintiff, by first class mail, postage prepaid and addressed:

Edwin A. Quartey, Esq.
QUARTEY & UMANA, LLC.
1400 Spring Street, Suite 120
Silver Spring, MD 20910

MADELYN E. JOHNSON
Assistant United States Attorney
Judiciary Center Building – Rm E4114
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7135

1

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

John Watkins

88888

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Edwin A. Quartey, Esquire
Quartey & Umana, LLC
1400 Spring Street, Suite 120
Silver Spring, MD 20910

**DEFENDANTS**

Alivin Steward

88888

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

CASE NUMBER   1:06CV01923

JUDGE: Richard W. Roberts

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 11/9/2006

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

○ 3 Federal Question
(U.S. Government Not a Party)

◉ 2 U.S. Government
Defendant

○ 4 Diversity
(Indicate Citizenship of
Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

○ **A.** *Antitrust*

☐ 410 Antitrust

◉ **B.** *Personal Injury/*
*Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☒ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency*
*Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
Administrative Agency is Involved)

○ **D.** *Temporary Restraining*
*Order/Preliminary*
*Injunction*

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*          **OR**          ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
defendant
☐ 871 IRS-Third Party 26
USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge 12 USC
3410
☐ 900 Appeal of fee determination
under equal access to Justice
☐ 950 Constitutionality of State
Statutes
☐ 890 Other Statutory Actions (if
not administrative agency
review or Privacy Act

| ○ **G.** *Habeas Corpus/* *2255* | ○ **H.** *Employment* *Discrimination* | ○ **I.** *FOIA/PRIVACY* *ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General**<br>☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment**<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **895 Freedom of Information Act**<br>☐ **890 Other Statutory Actions**<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loans**<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA* *(non-employment)* | ○ **L.** *Other Civil Rights* *(non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act**<br>☐ **720 Labor/Mgmt. Relations**<br>☐ **730 Labor/Mgmt. Reporting & Disclosure Act**<br>☐ **740 Labor Railway Act**<br>☐ **790 Other Labor Litigation**<br>☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)**<br>☐ **443 Housing/Accommodations**<br>☐ **444 Welfare**<br>☐ **440 Other Civil Rights**<br>☐ **445 American w/Disabilities-Employment**<br>☐ **446 Americans w/Disabilities-Other** | ☐ **110 Insurance**<br>☐ **120 Marine**<br>☐ **130 Miller Act**<br>☐ **140 Negotiable Instrument**<br>☐ **150 Recovery of Overpayment & Enforcement of Judgment**<br>☐ **153 Recovery of Overpayment of Veteran's Benefits**<br>☐ **160 Stockholder's Suits**<br>☐ **190 Other Contracts**<br>☐ **195 Contract Product Liability**<br>☐ **196 Franchise** | ☐ **441 Civil Rights-Voting**<br>(if Voting Rights Act) |

**V. ORIGIN**

○ **1 Original Proceeding**   ○ **2 Removed from State Court**   ○ **3 Remanded from Appellate Court**   ○ **4 Reinstated or Reopened**   ○ **5 Transferred from another district (specify)**   ○ **6 Multi district Litigation**   ○ **7 Appeal to District Judge from Mag. Judge**

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

28 U.S.C. Section 2679

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 20,000.00 **JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☒  NO ○ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE *11/9/06*   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

**I.**   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

**III.**   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.**   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

**VI.**   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.**   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.