```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                               )
JOHN WATKINS,                  )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 06-1923 (RWR)
                               )
ALVIN STEWARD,                 )
                               )
          Defendant.           )
_____)
```

**ORDER TO SHOW CAUSE**

Plaintiff filed this case in the Superior Court for the District of Columbia in July 2006. On November 9, 2006, defendant Alvin Steward removed the case to this court, alleging that the complaint involves his actions taken within the scope of his duties as a federal employee, and stating that the United States Attorney has never been properly served. "In all cases removed from any State court to any district court of the United States in which one or more of the defendants has not been served with process or in which the service has not been perfected prior to removal, or in which service proves to be defective, such process or service may be completed or new process issued in the same manner as in cases originally filed in such district court." 28 U.S.C. § 1448. Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action against a defendant upon proper notice where the plaintiff has not accomplished service of the summons and complaint on a defendant within one hundred

- 2 -

twenty days of filing suit.  Plaintiff has not shown proof that he served the defendant.  Accordingly, it is hereby

ORDERED that on or before April 27, 2007, plaintiff shall either present evidence of service on the defendant or show cause why the case should not be dismissed for failure to effect service on the defendant.  Plaintiff is advised that failure to comply may result in dismissal of this case.

SIGNED this 13th day of April, 2007.

```
                        /s/
            RICHARD W. ROBERTS
            United States District Judge
```