**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____  )
                             )
**JOHN WATKINS**,            )
                             )
    **Plaintiff**,   )
                             )
  v.                     )   Civil Action No. 06-1923 (RWR)
                             )
**ALVIN STEWARD**,           )
                             )
    **Defendant**.   )
_____  )

## ORDER DISMISSING CASE

By order to show cause dated April 13, 2007, plaintiff John Watkins was directed, by April 27, 2007, to either present evidence of service on the defendant or show cause why the case should not be dismissed for failure to effect service on the defendant. Plaintiff was advised that failure to comply could result in dismissal of this case. Plaintiff has not responded to the show cause order. Accordingly, it is hereby

    ORDERED that this case be, and hereby is, DISMISSED.

    SIGNED this 4th day of May, 2007.

                                              _____/s/_____
                                              RICHARD W. ROBERTS
                                              United States District Judge